Lewis E. Hudnell, III (CASBN 218736)
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.7720
F: 347.772.3034
lewis@hudnelllaw.com

Jonathan T. Suder (admitted *pro hac vice*)
Corby R. Vowell
Dave R. Gunter
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX  76102
T: 817-334-0400
F:  817-334-0401
vowell@fsclaw.com
jts@fsclaw.com
gunter@fsclaw.com

ATTORNEYS FOR PLAINTIFF
OPTICURRENT, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPTICURRENT, LLC<br><br>Plaintiff,<br><br>vs.<br><br>POWER INTEGRATIONS, INC.,<br><br>Defendant. | CASE NO. 17-cv-03597-WHO<br><br>**ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR RULING ON PLAINTIFF'S PREVIOUS REQUEST TO SUPPLEMENT THE EXPERT REPORT OF LARRY EVANS** |

BEFORE the Court is Plaintiff Opticurrent LLC's Emergency Motion for Ruling on Plaintiff's Previous Request to Supplement the Expert Report of Larry Evans.  The Court hereby finds good cause exists for Plaintiff's requested relief and it is, therefore,

//

//

//

1
2  ORDERED that Defendant shall file its opposition brief to Plaintiff's Emergency Motion
3  by January 3rd, 2019, such that this issue may be taken up on the Pretrial Conference on January
4  7th, 2019.
5
6  DATED this 27th day of December, 2018.
7
8  
   _____
   UNITED STATES DISTRICT JUDGE