| | |
|---|---|
| 1 | Frank E. Scherkenbach (CA SBN 142549) |
| 2 | scherkenbach@fr.com<br>FISH & RICHARDSON P.C. |
| 3 | One Marina Park Drive<br>Boston, MA  02210-1878 |
| 4 | Telephone: (617) 542-5070<br>Facsimile:  (617) 542-8906 |
| 5 | Michael R. Headley (CA SBN 220834) |
| 6 | headley@fr.com<br>Neil A. Warren (CA SBN 272770) |
| 7 | warren@fr.com<br>FISH & RICHARDSON P.C. |
| 8 | 500 Arguello Street, Suite 500<br>Redwood City, CA  94063 |
| 9 | Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071 |
| 10 | John W. Thornburgh (CA SBN 154627) |
| 11 | thornburgh@fr.com<br>FISH & RICHARDSON P.C. |
| 12 | 12390 El Camino Real<br>San Diego, CA  92130 |
| 13 | Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099 |
| 14 | Attorneys for Defendant |
| 15 | POWER INTEGRATIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | OPTICURRENT, LLC, | Case No. 3:17-cv-03597-EMC |
| 21 | Plaintiff, | **DEFENDANT POWER INTEGRATIONS, INC.'S ADMINISTRATIVE MOTION FOR RELIEF UNDER LR 7-11** |
| 22 | v. | |
| 23 | POWER INTEGRATIONS, INC., | |
| 24 | Defendant. | |

Because Opticurrent's Responsive Brief in Support of Damages (Dkt. No. 217) misstates the history of this case in several important ways, and also misstates the law, PI requests permission to file a short reply in advance of Monday's pretrial conference. PI believes that correcting the record is especially important since a new judge has recently been assigned to the case.

The foregoing establishes that good cause exists for Power Integrations, Inc. to be granted leave to file a reply in response to Plaintiff's Response in Support of Damages (Dkt. No. 217). A copy of Defendant's reply is submitted concurrently herewith.

Dated: February 8, 2019                           FISH & RICHARDSON P.C.

                                                  By: /s/ Michael R. Headley
                                                      Michael R. Headley

                                                  Attorneys for Defendant
                                                  POWER INTEGRATIONS, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 8, 2019, Counsel for Defendant and Plaintiff conferred regarding the contents of this Motion and the relief requested; Plaintiff has not responded but PI expects Plaintiff is opposed to such relief. See Declaration of Michael R. Headley herewith.

Dated: February 8, 2019                           FISH & RICHARDSON P.C.

                                                  By: /s/ Michael R. Headley
                                                      Michael R. Headley

                                                  Attorneys for Defendant
                                                  POWER INTEGRATIONS, INC.