UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-03597-EMC            Opticurrent, LLC v. Power Integrations, Inc.

**EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Edward M. Chen | Jonathan Suder, David Gunter, Corby Vowell, Lewis Hudnell | Michael Headley, Neil Warren, Frank Scherkenbach, Joseph Warden |
| **JURY SELECTION:** February 15, 2019 | **REPORTERS:** Vicki Eastvold Katherine Sullivan | **CLERK:** Angella Meuleman |
| **TRIAL DATE:** February 19, 2019 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:10 a.m. | | | Court in session. Housekeeping matters discussed with the parties. | |
| | | 8:50 a.m. | | | Jury panel enters the courtroom and sworn. Opening remarks made to panel by Court. | |
| | | 8:57 a.m. | | | Court begins voir dire of jury panel. | |
| | | 9:39 a.m. | | | Jury panel excused. Matters re cause discussed outside the presence of the jury. | |
| | | 10:51 a.m. | | | Court reconvenes. Jury panel present. Plaintiff's counsel conducts voir dire. | |
| | | 11:11 a.m. | | | Defense counsel conducts voir dire of jury panel. | |
| | | 11:30 a.m. | | | Court conducts further voir dire of panel. | |
| | | 11:45 a.m. | | | Jury panel excused. Parties conduct peremptory challenges | |
| | | 12:00 p.m. | | | Jury selected. Court admonishes jury regarding protocol. | |
| | | 12:08 p.m. | | | Jurors excused for the day. Instructed to return on Tuesday, February 19, 2019, at 8:30 a.m. Parties to return after recess for objections to demonstratives. Court in recess. | |
| | | 1:46 p.m. | | | Court in session. Parties proffered argument regarding opening statement demonstratives. | |
| | | 2:23 p.m. | | | Counsel are instructed to return Tuesday, February 19, 2019, at 8:00 a.m. to go over any matters outside the presence of the jury. Court adjourned. | |
| | | | | | | |

1