UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

**CASE NO. C17-3759**
**Opticurrent v. Power Integrations**

NOTE FROM THE JURY

Note No. 2

Date 2-25-19

Time 1:58 pm

1. The Jury has reached a unanimous verdict ( ✓ )

or

2. The Jury has the following question:

_____
Foreperson of the Jury