UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTICURRENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>POWER INTEGRATIONS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03597-EMC<br><br>**VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the Jury, unanimously find as follows:

### I.     DIRECT INFRINGEMENT

1. Has Opticurrent proven that it is more likely than not that Power Integrations literally infringes claim 1 of the '623 patent? (A "YES" answer is a finding for Opticurrent. A "NO" answer is a finding for Power Integrations.)

YES __✓__          NO _____

**If your answer to question 1 is "YES," go to Question 3. If your answer to question 1 is "NO," go to Question 2.**

## II.     INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS

2.     Has Opticurrent proven that it is more likely than not that the accused products infringe under the Doctrine of Equivalents? (A "YES" answer is a finding for Opticurrent. A "NO" answer is a finding for Power Integrations.) **If you answered "YES" in Question 1, you may skip this question.**

YES ✓         NO _____

## III.     INDUCING INFRINGEMENT

3.     Has Opticurrent proven that it is more likely than not that Power Integrations induces infringement of claim 1 of the '623 patent? (A "YES" answer is a finding for Opticurrent. A "NO" answer is a finding for Power Integrations.)

YES _____         NO ✓

## IV.     FINDINGS ON DAMAGES (IF APPLICABLE)

**If you answered "YES" to any of Questions 1-3, proceed to answer the remaining questions. If you answered "NO" to all Questions 1-3, then do not answer the remaining questions and proceed to check and sign the verdict form.**

4.     What has Opticurrent proved it is entitled to as a reasonable royalty:

(a)     on-going royalty payment of (1) $ _____ [per unit sold] or (2) __3__ % of sales (through March 31, 2018) of _____ units (if (1)) or $ _____ (if (2)),

$222,216,159.00

OR

(b)     one-time payment of $ _____ for the life of the patent.

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. Please have the jury foreperson sign and date

2

the verdict form below. The jury foreperson should then notify the Courtroom Deputy that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the Jury is brought back into the courtroom.

Dated:

_____
Jury Foreperson