No. You should continue to deliberate on verdict question number 1.